FILED

2013 OCT -7 PM 2:00

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:___

1  Name: Adrian Peña
2  Address: 1110 Ohio Ave. #6
3  Long Beach, CA 90804
4  Phone: (562) 277-6897
5  Plaintiff In Pro Per
6
7           UNITED STATES DISTRICT COURT
8           CENTRAL DISTRICT OF CALIFORNIA
9
10  Adrian Peña              ,   CV13-07408-JAK (JCGx)
                                 Case No.:
11       PLAINTIFF,              (To be supplied by the Clerk)
                                 COMPLAINT FOR:
12       vs.                     Wiretapping by applied complex
13  United States Gov. and      procedure, Identity theft, Fraud,
14  Federal Bureau of Investigations  Assault and Fraudulent Use of
15  (FBI), Corporations, Daniel Edward  Identities for financial gain(s)
16  Blaine, Olive Blaine, Sonia Baldovado,
17  and Others to be Amended.   Jury Trial Demanded
18       DEFENDANT(S).           ✓ Yes.
19
20
21              I. JURISDICTION
22
    1. This Court has jurisdiction under Federal Question Jurisdict-
23  ion 28 U.S.C.S. 1331 because the events and persons
24  involved originated in the district of the Federal Court
25  having jurisdiction.
26
27
28

Clerk, US District Court
OCT - 7 2013

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. Sec. 1391 where the Federal Court in this district is pursuant to or having jurisdiction for the violations of Fed. Civ. Proc. Sec. 4749 99M and Title 18 U.S.C.A. Sec. 4 Assault, and Title 18 Omnibus Fed. Wiretap Act.

## III. PARTIES

3.  Plaintiff's name is Adrian Gale Peña. Plaintiff resides at: 1110 Ohio Ave., #6, Long Beach, California, 90804.

4.  Defendant United States Gov. Office of Internet Operations, Washington, D.C., also found on the Internet, united.states.gov Office of Internet operations.

5.  Defendant Federal Bureau of Investigations (FBI) Santa Ana Office, Fourth Floor of Operations, Suite #330, Santa Ana, California, 92730.

2

Pro Se Clinic Form

*Page Number*

## IV. <u>STATEMENT OF FACTS</u>

Plaintiff, Adrian Peña, has been and continues to be severely harassed and abused by civil abuse by the Defendants, in this civil filing, who are the Federal Bureau of Investigations (FBI), of the Santa Ana, California Office, and Defendants, Daniel Edward Blame, and wife, Dine Blame, accomplice, and Sonia Baldonado, girlfriend, and accomplice, who are responsible for electronic wiretapping, and by using the applied

wiretapping complex procedure, to hit the Plaintiff, Adrian Peña, to the head, body, and face and right, lower, internal jaw, by using an exerted force caused by electronic wiretapping, by an electronic device(s), to hit, bind, thwart, and sabotage, and by blocked movement, distillment practices, and by using the applied wiretapping complex procedure (Amp) or (Acp) to, or in excess of the time limit required

for wiretap, application, according to and in violation of Federal Civil Procedure, whereby the time limit for the wiretap application, and the civil abuse, and fraud Es, and in excess of the 90 days limit, and (2) days extension period, to achieve desired goal for wiretap, and in violation of Title 18 U.S.C., A. section 4 Assault, by hits to the head of Plaintiff, Adrian Peña, and assault by applied wiretap complex procedures,

_Insert ¶ #_ . to use various, and repeated wiretap complex programs, with an electronic computer to affect the bio-physical person of the Plaintiff, Adrian Peña, and to repeatedly hit, strike, crack, attract, infect, abuse, and to use CMI harassment, by verbal harassment by electronic procedural programs, using character-voices of the Defendants, and to fraud, identity theft, and to burglarize the home, car vehicle(s), personal belongings,

_Insert ¶ #_ . mailbox, of the Plaintiff, to steal bank, credit card, insurance, car insurance, and any other financial information, including fraudulent use of property, and/or residence of Plaintiff, Adrian Peña, and by fraudulent use of identities(s) of the Plaintiff, Adrian Peña, and to affect the Plaintiff by the use of the applied wiretap complex procedure programs, and by fraudulently using the identities of the Plaintiff's mother, Maria Peña, to torture, both

_Insert ¶ #_ . of the likeness to character(s) of the Plaintiff, Adrian Peña, and by using the likeness to character of the Plaintiff's mother, Maria Peña, for financial gain(s) by the Defendants, and by stealing the Plaintiff's driver's license, social security card, Veterans Administration Card, banking, credit, property, car vehicle, insurance, car insurance information and on repeated occasions, by the Defendants, for financial gain(s), and for outstanding debt payoff(s), and by the

4
_Page Number_

Pro Se Clinic Form

1

2    fraudulent use of identit(ies) of the Plaintiff Adrian

3    Peña, and family member, Maria Peña, mother of Plaintiff,

4    Adrian Peña, and whereby, the Plaintiff's Adrian Peña, and

5    Maria Peña, identities have been used, as, and for the personas,

6    identities, and .Gov, and .Gov Internet person(s), and person

7    alities, character(s), and characterization(s), of the likeness

8    to character(s) of the Plaintiffs' Adrian Peña and Maria Peña

9    used by "Adrian .Gov", "Adrian Peña .Gov", "Adrian P. Gov",

10

11   "Adrian G. Peña .Gov" "Adrian G. Gov", and by "Maria.

12   Gov", "Maria Peña .Gov", "Maria Martina Peña .Gov", "Maria P. Gov"

13   Maria M. Gov", and "Adrian Gale Peña .Gov", and any variation of

14   the above Plaintiffs' names, including "Herman Joseph Peña,

15   Gov", in association with .Gov, or Internet. Gov, and its

16   operations, for the fraudulent use of identities of the above

17   Plaintiff, Adrian Peña, and whereby, the identities, fraudulent use

18   s of identities of the Plaintiff's mother, Maria Peña, and Plaintiff,

19

20   Adrian Peña, have been and are being used for torture

21   testing, body cloning, induced inoculation(s) and various hospital

22   treatments, surgeries, operations, morgue operations, and hearse

23   operations, dental operations, and body at and corpse disposal, by

24   marine vessel(s), and by, and for tainted consumption in food process-

25   es, and body cloning, for disposal by Industrial meat grinder proc-

26   esses, lathe tool, and skill saw, and other power tool equipment,

27   and equipment, heavy or light, to be amended, and by hospitals,

28



5 6

1

2        in violation(s) of Federal Civil Procedure(s), and Civil

3   Hospital Procedure(s), both State and Federal, and local, and marine

4   -ocean Federal and state regulated laws, in conjunction with

5   negligible Corporations and Companies, and Organizations, and Groups,

6   involved in the torture test, of Plaintiff's mother Maria Pena, and

7   outward onslaught, by aircraft and helicopter, and GPS-satellite

8   operations, both air and ground, and military use of torture test,

9   and shooting, maiming, or by death procedure, whereby the Plaintiff

10

11       Identities and personas, are used as targets, for physical

12  and wiretap, financial, and for extermination, and research,

13  whereby the 2nd or 3rd person, and likeness to character is

14  coerced by, and into electronic signature, by Defendants for

15  torture test, research, mutilation, cloning, morgue and hearse

16  operations, violations of hospital(s) procedures, death attempts,

17  repeated and multiple deaths to actual cloned bodies of Plaintiff

18  's Adrian Pena, mother, Maria Pena, known as "Maria" and "Adrian",

19

20       and internal organ parts, skin, brain, and body parts,

21  are incinterally used by Defendants, in these violations of

22  Federal Civil Procedure, and Civil Hospital Procedure, and Federal

23  and State laws, and marine-ocean vessel, FAA, air and space

24  laws, and governed by NASA, and air ground laws, military laws,

25  and UCMJ laws and regulations, and International laws, and

26  entertainment, and stock market law, procedures, and regul-

27  ations, whereby, the fraudulent use of identities have been

28

used by the Defendants, and Defendants, to be amen-
*Insert ¶ #*
ded, used, or having been used, or currently in use in and by,
pre-production, production(s), and post-production, and elect-
ronic surveillance of Plaintiffs' residence, property, motor vehicl-
e(s), and movements traveling (s), either timed or non-timed,
occupation(s), financial transaction(s), and used in film, video,
iphone video(s) and picture(s), sim card(s), recording(s) of
Plaintiffs' actions, thoughts (used by, and or in applied wiretap

. Complex procedure(s), and selections, and purchases,
*Insert ¶ #*
and transaction(s), and movements, by body, vehicle, in-home,
outdoors, traffic, and so forth, and used in, fraudulent use of
identities(s), in television commercial(s), and in commercial
advertising(s), product advertising(s), Internet advertisement(s)
and Internet uses of identities, and by uses of thought and/or
idea conveyance, used in commercial advertising(s), film, video,
television commercial(s), television production(s), tape, video-
                      IMAX video production(s), and using applied wire-
                      and video tapping procedure,
. tape(s) and in video production(s), live video product-
*Insert ¶ #*
ions, and in any photography, aerial, underwater, underground,
space, satellite, GPS, and atmospheric, and spatial photography,
and surveillance, by the use of any photographic equipment(s), and
use(s) of "hidden camera" photography, and surveillance, and
surveillance-photography, and any sound-recording(s), and
production(s), and re-production(s) in sound recording, either
conventional, and/or otherwise, and any recording, film, video tape,



iPhone video and picture(s), and any photography, and surveillance photography, film, picture, videotape, iPhone video and picture(s), and any applied wiretap Complex procedure (s) and application for wiretap, whereby, all of these violations of Federal Civil Procedure, Civil Hospital Procedure, FDIC, FAA (Federal Aviation Administration) Rules and Regulations, Federal and State Laws and Regulations(s), Federal and State Property Laws and Regulation (s), and Federal and State

Laws for Computer Hacking, fraud, identity theft, burglary, breaking and entering, trespassing, car burglary, insurance and car insurance fraud, property fraud, and assault to Plaintiff, Adrian Peña, and severe civil abusive treatment to the likeness of character of Plaintiff's mother, Maria Peña, to aggrieve Plaintiff, Adrian Gale Peña, by witnessing, and having to witness the outright civil abuse by torture test, outward onslaught, threats to life, abusive threats, and

abuse to likeness of character, and attempts towards life, or likeness to character, and death of likeness to character, and death to character, by cloning, in violation of Federal Civil Procedure, and by inoculation of poison and by hospital treatment, for hospital and morgue treatment, and by animal shelter(s) for dog disposal, and by use of transformation by applied wiretap Complex procedure, and torture repeatedly by these violations of Federal and State Civil Procedure.



*Page Number*

1
2

## V. <u>CAUSES OF ACTION</u>

3
4
5

## <u>FIRST CAUSE OF ACTION</u>

Violation of Fed. Civ. Proc. Sec. 449, 449M, and Title 18 Safe Streets Wire-

*insert title of cause of action*

6
7

(As against Defendant(s): Federal Bureau of Investigations (FBI),

Santa Ana, California, and Daniel Edward Blaine, and accomplices.)

8
9
10

___ tap Act of 1979, Omnibus Act, and Title 18 U.S.C.A. Sec. 4

*Insert ¶ #*

11  Assault, and Title 18 U.S.C.A. Sec. 252 Consent for wiretap, civil abuse

12  fraud, and to identify theft, burglarize, home and residence of Plaintiff

13  Adrian Peña, and to wiretap beyond 90 day limit and (2) day extension

14  for achieved goal of wiretap application, in excess of 14 years and

15
16  ___ 9 months of constant wiretap application to Plaintiff,

*Insert ¶ #*

17  Adrian Gale Peña, and whereby, Plaintiff is hit, struck, repeatedly, and

18  on multiple occasions, to head, body, internal organs, and right, lower

19  jaw, by the Defendants, and while the Plaintiff, Adrian Peña, is under

20  the applied wiretap complex procedure programming, in an and right head

21
22
23  ___ wiretap condition to head and body, induced by the Defend-

*Insert ¶ #*

24  ants, the Federal Bureau of Investigations (FBI), Santa Ana, California

25  Office, and whereby, Defendant, Daniel Edward Blaine, operates in

26  conjunction with applied wiretap application, to Plaintiff, Adrian Peña,

27  to fraud, identity theft, burglarize home and residence, car burglary

28



Insert ¶ #    trespass, breaking and entering, theft of identity theft of
bank, credit card, property, personal, mailbox, personal property,
insurance, car insurance, money in wallet, checkbook informa-
tion, and any other financial information, and on several occasions
and multiple repeated attempts to hit or strike Plaintiff, Adrian Pena,
to the head, by the use the applied wiretap complex procedure,
by the use of an electronic device(s), and Plaintiff, Adrian Pena
hit by the applied wiretap complex procedure, by the Defendants,

Insert ¶ #    the Federal Bureau of Investigations (FBI), Santa Ana,
California, Office, and in violation of Federal Civil Procedure
Section 449 and 449M (wiretap or identity theft of bank and
financial information) from a motor vehicle), in violation by an
agency, agent, officer and employee whereby Defendant, Daniel
Blame, is acting as Employee for Defendant, the Federal Bureau
of Investigations (FBI), Santa Ana, California, Office of Operations,
and whereby, Defendant, Daniel Blame, collects information for,

Insert ¶ #    or by identity theft, usually from burglary to residence
and home of Plaintiff, Adrian Pena, and from a motor vehicle, near
Plaintiff's residence, from financial amounts also accumulated
from severe civil abuse, torture, outward onslaught, and abuse
by applied complex procedure wiretap and by cloning,
and Defendants, Federal Bureau of Investigations (FBI), above
financial amount(s) accumulation, and for multiple deaths by cloning,
In violation of Constitutional Amendments 4 Search and Seizure

10#

1

2    and Constitutional Amendment 5, Right to Life, Liberty,

3    and Pursuit of Happiness, and the Right to Due Process, and

     *Insert ¶ #*

4    in violation of Federal Civil Procedure, whereby Conventional

5    means were not used upon the initial, and, or before the initial

6    wiretap application procedure, for conventional arrest, in, and

7    on December 19, 1998, when wiretap procedure was initially

8    applied to Plaintiff, Adrian Peña, and by the excessive

9    duration, and use of excessive force, by the actual applied

10

11   wiretap complex procedure, toward the Plaintiff,

     *Insert ¶ #*

12   Adrian Peña, and the likeness to character, and second, and

13   third-person, used in the torture test, mutilation, outward

14   onslaught, and use of CAT-testing validation limits, hospital treat-

15   ments and multiple surgeries, hermetical cloning, and, or cloning

16   and torture, abuse, severe treatment, wrongful civil abuse,

17   humiliation, abandonment, death, and by hospital and

18   animal shelter inoculations or medicines, and poisons, and

19

20   morgue, corpse, autopsy, and hearse, and corpse body

     *Insert ¶ #*

21   disposal of ~~toothless~~ body, and by abortion, and abortion

22   equipment, uterine removal, internal organ removal, research

23   testing, by hospitals, and MRI Research testing, and heat-room

24   treatments, for CAT-Scan, Cancer and Melanoma, and body

25   autopsy cutting equipment used to body, and likeness to

26   character, and embalming equipment, and body dumping

27   by ocean-marine vessel disposal, and for consumption of body

28



*Page Number*

internal organs, by hospital and organizations, and animal
consumption, of internal organs used in decal processes, and
skin removal from body, or corpse, and torture to likeness
of character of Plaintiff, and Plaintiff's mother, during
construction projects, and equipment operations, used in
many and various projects, including industrial decal process-
ing equipment, drilling equipment used in digging operations,
and cattle operations, and animal dog shelter operations,

where the likeness to character of the Plaintiff's
mother is transformed, or the transformed image is used
during the execution of cattle, and or the cutting,
meat-hanging process used for cattle and meat in cold-
freezer storage, and this torture, and excessive
cruel and inhumane punishment, including the likeness
to character of the Plaintiff's mother, is witnessed by
the Plaintiff, son, Adrian Perea, while the Plaintiff, son,

Adrian Perea, is held the head and internal organs,
and abused to head and body, and abused, by the applied
wiretap complex procedure, without sleep, and constantly,
for an excessive duration beyond the time limit for
wiretap application of 90 days, and (2) day extension, in
violation of Federal Civil Procedure, of 14 years and 9
months, and according to the laws in the Bill of Rights, of the
Constitution of the United States of America,



## SECOND CAUSE OF ACTION

(Violation of Fed. Civ. Procedure and Title 18 Sec. 4 Assault)
Sec. 449, 449M *Insert title of cause of action*

**(As against Defendant(s):** Jalisco Meat Distribution Center, Houston, Texas, and Texas Long Horn Meat Market, Austin, Texas.

Plaintiff, Behran Pena was violated against civil rights by Fed. Civ. Procedure Sec. 449 and 449M Violation by an employee, agency, agent, or officer, and by violation of Title 18 U.S.C.A. Sec. 4 Assault, and in violation of Title 18 U.S.C.A. Sec. Ominbus Safe Streets Act of 1979,

and in violation of Title 18 USCA Sec. 352 Consent, whereby consent of the Plaintiff was not given and Plaintiff, Behran Pena, was wiretapped by applied complex procedure and shown visualization of likeness to character of Plaintiff's mother, clinging and transformed to

bulk meat product, and tossed into industrial meat-grinder at Jalisco Meat Distribution Center, 7430 Gorman Drive, Houston, Texas, and Company has subsequently closed after incidents in June 2013, and this was the initial industrial meat-grinder process incident.

13

including Jack-In-The-Box the, acting as person

*Insert ¶ #* to resolve issue, and second incident at a second

cattle meat distributor, where cattle were executed

and cattle blood was poured out and hermetreally

transformed to space, interior, of apartment of

Plaintiff, Adrian Pena, by applied complex procedure,

by Defendants, the Federal Bureau of Investigations,

(FBI), Santa Ana, California, Office of Operations, and

whereby the Plaintiff, Adrian Pena, was

*Insert ¶ #* aggrieved by the applied wiretap complex procedure,

and hit to the head and face, and lower right jaw,

while the cattle execution and blood disposal after

wards was hermetreally transformed to the apartment

of the Plaintiff, Adrian Pena, during afternoon hours

and for humiliation and disrespect toward Plaintiff

s', and residence of Plaintiffs, in violation of

Federal Civil Procedure, and threat to likeness

*Insert ¶ #* of character of Plaintiff's family member, and Plaintiff,

Adrian Pena, in violation of 449 and 449M by Fed. Civ.

Procedure, against Federal and State Laws, for the

illegal and unlawful procedure violations, including

Texas Cattle Meat Distribution at several Meat

Distribution Centers, in Houston, Texas, including Long Horn Meat

Market, 2411 E. Martin Luther King, Jr., Austin, TX, 78702,



1
2    _Insert_ ¶ #   Phone> (512)476-5223.
3
4
5
6
7
8
9
10
11   _Insert_ ¶ #
12
13
14
15
16
17
18
19
20
21   _Insert_ ¶ #
22
23
24
25
26
27
28

15

_Page Number_

1

**THIRD CAUSE OF ACTION**

2    Violation of Title 18 USCA Sec. 352 Consent and Constitutional

*insert title of cause of action*

3    (As against Defendant(s): University of Oahu, Hawaii, North Shore,

4    Hawaii, and Government of the State of Hawaii, and Hawaii Govs

5

6

7          Amendment 4 and 5 Search and Seizure, and

*Insert ¶ #*

8    Right to Due Process, and Fraudulent use of Identities, of

9    Plaintiff, Adrian Peña, and mother, Maria Peña, in "Adrian.

10   Gov" and "Maria.Gov" used by the University of Oahu,

11   Hawaii, and in IMAX Research filming, including big-wave

12

13          surfing, Surfer Magazine, and the likeness to

*Insert ¶ #*

14   character of the Plaintiffs', Adrian Peña, and Maria Peña,

15   by performing big-wave surfing, by applied complex

16   procedure, and in "crashes", whereby the character,

17   attached to the actual surfer, in the videotape, and

18

19          picture sequence, is "wrecked" and "crashed" into

*Insert ¶ #*

20   the big-wave, actual surfing performed in the State of

21   Hawaii, by the .Gov, and Hawaii.Gov, in violation of

22   Fed. Civ. Procedure Sec. 352 Consent, whereby, the Plaintiffs

23   did not consent and were not informed of these events prior

24

25

26

27

28                      16

to filming and photography for television,

Insert ¶ # television commercial(s) advertising, commercial advertis-

ing, Internet advertising, videotaping(s), magazine

photography and commercial advertising, and by Surfer

Magazine, and Kia Motors Corporation,

from the time period of January 2012 to present

time of October 2013, 22 months, and Kia Motor

Corporation television commercial depicting orange

Insert ¶ # Kia motor vehicle, on black screen, white highlighted letters

advertising vehicle, and actual big wave surfer image

of Plaintiff, Adrian Peña, descending on clear, blue, big-

wave, riding on surfboard, wearing blue shorts, and

short black hair, tanned skin color, in computer-

imposed image of Plaintiff, Adrian Peña, used for commercial

- advertising promotion, for financial gain(s), by the

Kia Motors Corporation, Corporate finance Office

and Insert ¶ # Headquarters, P.O. Box 650805, Dallas, Texas 75285,

Kia Motors USA Corporate Office Headquarters, 111 Peters

Canyon Road, Irvine, California 92606, Phone number

1-949-468-4800.

17

1

## FOURTH CAUSE OF ACTION

2  Violation of Fed. Civ. Procedure Sec. 449, 449M, By agency

*insert title of cause of action*

3  **(As against Defendant(s):** Veterans Administration Hospital,

4  Long Beach, CA, and Harbor General Hospital, Torrance, CA, )

5

6

7  *Insert ¶ #*  agent, office, or employee, and violation of

8  Constitutional Amendments 4 Search and Seizure, and

9  Constitutional Amendment 5 Right to Life, Liberty, Pursuit

10  of Happiness, and Right to Due Process, whereby the Veterans

11  Administration Hospital and in Long Beach, CA, 5901 Bad

12

13  *Insert ¶ #*  7th Street Long Beach, CA 90012, and the

14  Harbor General Hospital, Torrance, California, are responsible

15  for violating Federal Civil Procedure, and Civil Hospital

16  Procedure, by cloning, and, or using cloned bodies for

17  hospital treatments, surgeries, multiple, tortures, testing,

18

19  *Insert ¶ #*  using CAT-Scan equipment, MRI technology,

20  and hospital inoculations to likeness to character of

21  Plaintiff's mother, Maria Pena, or "Maria" or "Maria Ger"

22  while Plaintiff's son, actual, Plaintiff, Adrian Pena, is wiretapped

23  and to head and jaw, by the applied wiretap complex

24

25

26

27

28



18

procedure, by the Defendants, and whereby, including these

*Insert ¶ #* hospitals who in part, perform reduced inoculations, to Plaintiff, Adrian Peña, while under the applied complex-procedure, induced at his home residence, and made to witness the torture test, torturing by machine-operations, and procedure for abortion, uterine removal, embalming of internal organs and hospital machine removal of these internal organs, and use of cloning

*Insert ¶ #* to repeatedly reproduce these torturous procedures to Witness of Character, and autopsy, and morgue, and hearse transportation, of the bodies to the Witness of Character of the Plaintiffs, Adrian Peña and Maria Peña, and also incurred by Defendants, the Federal Bureau of Of Investigations, (FBI), Santa Ana Office, California.

*Insert ¶ #*

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

1 . Immediate injunctive relief by Temporary Restraining Order (TRO) and Permanent Injunction for relief from abuse, wrongful civil misconduct, adverse treatment, the medical cloning of bodies, to likeness to character, of

2 . Plaintiffs' Adrian Pena, and mother, Maria Pena, and whereby, the Plaintiff requests financial payment(s), for the repeated abuse, and the use of the likeness technology, of the Plaintiffs, and by any subsequent financial amounts

3 . to be determined by the court, having jurisdiction in this Federal Court District—Southern District, whereby, these violations have taken place, and the fraudulent use of identities have been used for financial purpose(s), by

4 . the Defendants, and also used in stock market transactions, and commercial advertising, and Plaintiff requests a payment(s), in the financial amount(s) to be determined by the jurisdiction of the Federal District Court.

Dated: 10-4-13

Sign: _Adrian Dale Pena_

Print Name: _Adrian Gale Pena_

20

_Page Number_

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 10-4-13

Sign: _Adrian Gale Pena_

Print Name: _Adrian Gale Pena_

21

Page Number

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____John A. Kronstadt_____ and the assigned Magistrate Judge is _____Jay C. Gandhi_____ .

The case number on all documents filed with the Court should read as follows:

## 2:13-cv-07408-JAK(JCGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

_____October 7, 2013_____
Date

By __APEDRO_____
Deputy Clerk

---

## NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

| | | |
|---|---|---|
| [x] Western Division<br>312 N. Spring Street, G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Ste 1053<br>Santa Ana, CA 92701 | [ ] Eastern Division<br>3470 Twelfth Street, Room 134<br>Riverside, CA 92501 |

**Failure to file at the proper location will result in your documents being returned to you.**

Name & Address:

*Adrian Gale Pena*
*1110 Ohio Avenue #6 Apartment third*
*Long Beach, California 90804*
*(562) 277-6897*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

*Adrian Gale Pena*

PLAINTIFF(S)

v.

*United States, Gov and Federal Bureau of Investigation (FBI), Corporations, Daniel Edward Blame, Orie Blame, Sandra Baldonado, and Others to be Amended,*

DEFENDANT(S).

CASE NUMBER

**CV13-07408** -JAK(JCGx)

**SUMMONS**

TO:    DEFENDANT(S):

A lawsuit has been filed against you.

Within __2__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☐ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, *Adrian Gale Pena* _____, whose address is *1110 Ohio Avenue #6 Long Beach, California 90804* _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Dated: OCT - 7 2013 _____

Clerk, U.S. District Court

By: _____ **ANDRES PEDRO** _____

Deputy Clerk

(Seal of the Court) 1202

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

Name & Address:

Adrian Gale Peña
1110 Ohio Avenue, #6 apartment Unit
Long Beach, California 90804
(562) 277-6897

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Adrian Gale Peña

PLAINTIFF(S)

v.

United States, Gov and Federal Bureau of
Investigation (FBI), Corporations, Daniel
Edward Blaine, Olive Blaine, Sonia Baldamdo,
and others to be Amended,

DEFENDANT(S).

**CASE NUMBER**

CV13-07408-JAK (JCGx)

**SUMMONS**

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☐ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Adrian Gale Peña_____, whose address is _1110 Ohio Avenue, #6 Long Beach, California 90804_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:   OCT - 7 2013

By: __ANDRES PEDRO__
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                                    **SUMMONS**

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☒ )

Adrian Gale Peña

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

United States, Gov and Federal Bureau of Investigations (FBI), Corporations, Daniel Edward Blaine, Chi Blaine, Jenna Saldonado, and Others to be Amended,

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 2. U.S. Government Defendant

☐ 3. Federal Question (U.S. Government Not a Party)

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

---

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☒ Yes ☐ No   ☐ **MONEY DEMANDED IN COMPLAINT: $**

---

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not site jurisdictional statutes unless diversity.)

Violation(s) of Fed Civ Procedure Sec. 449, 449A and Title 18 Omnibus Safe Streets Act Federal Inmate and Title 18 USCA Sec. 4 Assault, and 28 USC sp Fraud

---

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts. | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☒ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

---

**FOR OFFICE USE ONLY:   Case Number:** CV13-07408

---

**AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☐ NO ☒ YES

If yes, list case number(s): *Case no. SACV13-1172, Case no. CV13-01342*

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ NO ☒ YES

If yes, list case number(s): *Case no. CV13-01342, Case no. SACV13-1172*

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  
☒ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, *and* one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☒ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County, Orange County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County, Orange County, Kern County, Riverside County, San Diego County, San Bernardino | Kern County, Hawaii, Arizona, Texas, New York, Florida, Egypt, Israel, Turkey |

**\*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
**Note:** In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** *Adrian Jacle Peña*   DATE: *10-4-13*

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |